## United States District Court for the Northern District of Illinois

Case Number: 07CV6762              Assigned/Issued By: J. N.

Judge Name: ANDERSEN              Designated Magistrate Judge: KEYS

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

1 Original and 1 copies on 12-4-07 as to FLAIR COMMUNICATION AGENCY
                           (Date)

_____