AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2007 DEC 12 PM 4:39

U.S. [stamp]

## SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | | |
| Plaintiff, | CASE NUMBER: | 07 C 6762 |
| V. | ASSIGNED JUDGE: | Judge Andersen |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | DESIGNATED | |
| Defendant. | MAGISTRATE JUDGE: | Judge Keys |

TO: (Name and address of Defendant)

*Flair Communication Agency*

Mitchell D. Goldsmith
Registered Agent for Flair Communications Agency, Inc.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Hartmann
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          DEC 0 4 2007
(By) DEPUTY CLERK                  DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12-11-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel N. Hernandez | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 111 E. Wacker Drive Suite 2800

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
DEC 12 2007 AC
12-12-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/11/07
             Date

Signature of Server

Address of Server: 10700 W. Higgins
Rosemont, IL, 60018

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.