IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation,<br><br>            Defendant. | No. 07 C 6762<br><br>Judge Wayne R. Andersen |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Flair Communications Agency, Inc., by its undersigned attorney, and for its Motion for An Extension of Time to Answer or Otherwise Plead, states:

1. On or about December 11, 2007, Defendant Flair Communications Agency, Inc. ("Flair"), was served with a Complaint by Plaintiff, Incentive Logic, Inc. ("Incentive Logic").

2. Flair requires an extension of time of 21 days, until January 23, 2008, to answer or otherwise plead to Incentive Logic's Complaint.

3. This is Flair's first request for an extension of time to answer or otherwise plead, and is not brought for purposes of delay.

4. Plaintiff's counsel has no objection to this motion.

WHEREFORE, Defendant Flair Communications Agency, Inc. prays this Court grant its Motion for An Extension of Time to Answer or Otherwise Plead, and grant it until January 23, 2008 to answer or otherwise plead to the Complaint filed by Plaintiff, Incentive Logic, Inc.

Dated: January 2, 2008                           Respectfully submitted,

                                                       FLAIR COMMUNICATIONS AGENCY, INC.

                                                       By: /s/ Cary E. Donham
                                                              One of its Attorneys

Cary E. Donham, A.R.D.C. #6199385
SHEFSKY & FROELICH LTD.
111 E. Wacker Dr., Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Attorney ID No. 29143
1070595_1