IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation,<br><br>     Defendant. | No. 07 C 6762<br><br>Judge Wayne R. Andersen |

## NOTICE OF MOTION

To: See Attached Certificate of Service

  **PLEASE TAKE NOTICE** that on *January 17, 2008, at 9:00 a.m.* we shall appear before the Honorable Judge Wayne R. Andersen in Room 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Flair Communications Agency, Inc.'s Motion for An Extension of Time to Answer or Otherwise Plead*, a copy of which is hereby served upon you

DATED: January 2, 2008    FLAIR COMMUNICATIONS AGENCY, INC.

             By: /s/ Cary E. Donham
                One of its Attorneys

Cary E. Donham, A.R.D.C. #6199385
SHEFSKY & FROELICH LTD.
111 E. Wacker Dr., Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Attorney ID No. 29143
1070595_1

## CERTIFICATE OF SERVICE

The undersigned certifies and states that a true and accurate copy of the foregoing *Notice of Motion* and *Flair Communications Agency, Inc.'s Motion for An Extension of Time to Answer or Otherwise Plead* were served upon:

**VIA CM/ECF NOTIFICATION**
Steven M. Hartmann
FREEBORN & PETERS LLP
311 S. Wacker Drive
Suite 3000
Chicago, Illinois 60606
E-Mail: shartmann@freebornpeters.com

via e-mail and by depositing same in the United States mail at 111 E. Wacker Dr., Chicago, Illinois, on this 2nd day of January, 2008, before the hour of 5:00 p.m., with proper postage affixed thereto.

By: /s/ Cary E. Donham