IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6762 |
| v. | ) ) | Judge Wayne R. Andersen Magistrate Judge Keys |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE CORRECTED COMPLAINT *INSTANTER*

Plaintiff Incentive Logic, Inc., by its undersigned attorneys, and by agreement with Defendant, requests leave of court to file a corrected Complaint *Instanter*, and in support states as follows:

1.      Plaintiff filed its Complaint herein on November 30, 2007, via the Court's ECF electronic filing system, however Plaintiff inadvertently filed the Complaint without an electronic signature at the end of the document as required by the Court rules.

2.      Plaintiff's counsel just discovered this error and seeks need of Court to file a Corrected Complaint, with the only change being the inclusive of the required electronic signature of Plaintiff's counsel.

3.      Plaintiff's counsel has conferred with Defendant's counsel and confirmed that Defendant's counsel agrees to the relief requested in this motion. In addition, the parties request that the Answer filed herein by Defendant on January 23, 2008, shall stand as Defendant's Answer to the re-filed Complaint.

WHEREFORE, Plaintiff Incentive Logic, Inc. requests leave to file a Corrected Complaint to include the required electronic signature *Instanter*; that Defendant's Answer filed January 23, 2008 shall stand as Defendant's Answer to the Corrected Complaint; and for such other relief as is just.

INCENTIVE LOGIC, INC.


By:  __/s/ Steven M. Hartmann_____
      One of Its Attorneys


Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606-6677
Tel:  312-360-6000
Fax:  312-360-6573

Counsel for Plaintiff

1437604v1

## CERTIFICATE OF SERVICE

I, Steven M. Hartmann, an attorney, do hereby certify that I caused the attached Plaintiff's Agreed Motion for Leave to File Corrected Complaint *Instanter* to be served upon the party shown below by causing a copy of same to be sent via ECF and U.S. Mail on or before 5:00 p.m. on January 24, 2008:

> Cary E. Donham
> Shefsky & Foelich Ltd.
> 111 E. Wacker Drive, Suite 2800
> Chicago, Illinois 60601

> /s/ Steven M. Hartmann

1470251v1