**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Incentive Logic, Inc.
                                 Plaintiff,

v.                                                           Case No.: 1:07−cv−06762
                                                           Honorable Wayne R. Andersen

Flair Communications Agency, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Wayne R. Andersen :Plaintiff's agreed motion for leave to file [11] corrected complaint instanter is granted. Complaint shall be filed as a separate document and not as an attachment.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.