IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 07 C 6762 |
| v. | ) ) | |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: Cary E. Donham
Shefsky & Foelich Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on February 4, 2008, we caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Plaintiff's Corrected Complaint, a copy of which is attached hereto.

INCENTIVE LOGIC, INC.

By: /s/ Steven M. Hartmann
One of Its Attorneys

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677
Tel: 312-360-6000
Fax: 312-360-6573

Counsel for Plaintiff
1467289v1