U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 07 C 6762
Incentive Logic, Inc.
v.
Flair Communications Agency, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Flair Communications Agency, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Roger J. Kiley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Roger Kiley | |
| FIRM <br> Shefsky and Froelich, Ltd. | |
| STREET ADDRESS <br> 111 E. Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP <br> Chicago, Il 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283248 | TELEPHONE NUMBER <br> (312) 836-4150 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |