IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation,<br><br>        Defendant. | No. 07 C 6762<br><br>Judge Wayne R. Andersen |

## NOTICE OF MOTION

To:    *CM/ECF SYSTEM SERVICE LIST*

**PLEASE TAKE NOTICE** that on *Wednesday, June 25, 2008, at 9:00 a.m.* we shall appear before the Honorable Judge Anderson in Room 1403 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1),* a copy of which is hereby served upon you.

        Respectfully submitted,

        Flair Communications Agency


        s/ Roger J. Kiley
        One of Its Attorneys

Cary E. Donham
Roger J. Kiley
SHEFSKY & FROELICH LTD.
111 East Wacker, Suite 2800
Chicago, Illinois  60601
Telephone:    (312) 527-4000
Facsimile:    (312) 527-4011
rkiley@shefskylaw.com
ARDC#:  6283248
1087448_1