IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) FLAIR COMMUNICATIONS AGENCY, ) INC., an Illinois corporation, ) ) Defendant. ) | Case No. 07 C 6762 |

### DECLARATION OF MICHELLE HOFFMAN

I, Michelle Hoffman, under penalty of perjury, hereby declare that the following statements are true and correct based on my personal knowledge:

1. I am Vice President, Finance & Strategic Planning of Incentive Logic, Inc. ("Incentive"), Plaintiff in the above-captioned case.

2. I am familiar with Incentive's books and records with respect to legal fees incurred by Incentive with respect to the above-captioned case.

3. For the period through June 30, 2008, Incentive has incurred legal fees in the amount of $9,269.60 of Freeborn & Peters LLP attorneys (not including costs or expenses) with respect to the prosecution of this case.

4. For the period through June 30, 2008, Incentive has incurred additional legal fees in the amount of $5,000 of Incentive's corporate attorneys, Snell & Wilmer (not including costs or expenses), with respect to this case.

Dated: 7/18/08

_____
Michelle Hoffman

1588037v1


PLAINTIFF'S EXHIBIT A