IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6762 |
| v. | ) ) ) | |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF STEVEN M. HARTMANN

I, Steven M. Hartmann, under penalty of perjury, hereby declare that the following statements are true and correct based on my personal knowledge:

1. I am an attorney licensed to practice in the State of Illinois.

2. I am a partner with the law firm of Freeborn & Peters LLP, 311 S. Wacker Drive, Suite 3000, Chicago, Illinois 60606. I am lead counsel on behalf of Incentive Logic, Inc., plaintiff in the above-captioned case.

3. For the period through June 30, 2008, Incentive has incurred legal fees in the amount of $9,269.60 of Freeborn & Peters attorneys (not including costs or expenses) with respect to the prosecution of this case. I have been advised by Incentive that it also has incurred legal fees of $5,000 of its corporate counsel, Snell & Wilmer, with respect to this matter.

4. I reasonable estimate that Incentive will incur additional legal fees of at least $20,000 in this case through the summary judgment stage, including fees needed to exchange written discovery, to take and defend numerous depositions (26 potential



PLAINTIFF'S EXHIBIT B

witnesses have been identified by the parties in their initial disclosures, more than half of whom reside outside of Illinois), and to file a motion for summary judgment and ancillary papers including a reply memorandum and, potentially, a response to a cross-motion for summary judgment, as well as to engage in conferences with opposing counsel regarding discovery and other matters, communications with Incentive, and to attend court status conferences or hearings.

Dated: 7/18/08

Steven M. Hartmann

1587822v1/26147-0001