IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6762 |
| v. | ) ) ) | |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:   Cary E. Donham
      Shefsky & Foelich Ltd.
      111 E. Wacker Drive, Suite 2800
      Chicago, Illinois 60601

  PLEASE TAKE NOTICE that on July 18, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Plaintiff's Response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, a copy of which is attached hereto.

                              INCENTIVE LOGIC, INC.


                              By:  /s/ Steven M. Hartmann
                                   One of Its Attorneys

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606-6677
Tel: 312-360-6000
Fax: 312-360-6573

Counsel for Plaintiff