IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )  Case No. 07 C 6762<br>) |
| v. | )  Judge Wayne R. Andersen<br>)  Magistrate Judge Keys |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF RESPONSE TO MOTION TO DISMISS**

NOW COMES plaintiff Incentive Logic, Inc., by its undersigned attorneys, and hereby moves for leave to file the attached Declaration of Michelle Hoffman in support of Incentive's response to Defendant's motion to dismiss the complaint for lack of subject matter jurisdiction, and in support states as follows:

1. Defendant's motion challenges the Court's subject matter jurisdiction over this dispute, asserting that the amount in controversy is less than $75,000.

2. Incentive's Response challenges Defendant's contract interpretation argument, and further submits a Declaration showing the amount of legal fees incurred by Incentive with respect to this matter which are recoverable under the parties' contract and thus are included in determining whether the minimum jurisdictional threshold is met.

3. In its reply, Defendant cited Seventh Circuit cases which held that only the legal fees incurred as of the filing of a complaint can be considered in determining whether the jurisdictional amount is met, which modified the Seventh Circuit's prior decisions cited by Incentive.

4. Incentive's counsel was unaware of the more recent Seventh Circuit cases and therefore had not provided the underlying legal fee invoices sufficient to establish the amount of the legal fees that had been incurred by Incentive as of the filing of its complaint, as correctly pointed out by Defendant.

5. Accordingly, Incentive seeks leave of Court to file its supplemental declaration, which establishes that Incentive incurred legal fees (without including costs or expenses) of $10,583.20 with respect to this matter as of the filing of the complaint and <u>that said legal fees have all been paid by Incentive</u>.

6. Defendant contends that at most Incentive is entitled to recover $66,043 under its interpretation of the contract. Including Incentive's legal fees incurred as of the filing of the complaint, the jurisdictional amount of $75,000 is met ($66,043 plus $10,583.20 = $76,626.20).

7. The proposed Declaration of Michelle Hoffman, Incentive's Vice President, Finance & Strategic Planning, with the underlying legal fee invoices is attached hereto.

8. This motion is not brought for purposes of delay or any improper purpose and Defendant will not be prejudiced in any respect if it is granted. On the contrary, consideration of the supplemental declaration is necessary for the Court to have all relevant information in order to consider the pending motion to dismiss.

WHEREFORE, plaintiff Incentive Logic, Inc. respectfully requests that the Court grant Incentive leave to file its supplemental declaration in support of its response to the Defendant's motion to dismiss, and grant such other relief as is just.

                    INCENTIVE LOGIC, INC.

                    By:   /s/ Steven M. Hartmann
                          One of Its Attorneys

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606-6677
Tel:  312-360-6000
Fax:  312-360-6573

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Steven M. Hartmann, an attorney, do hereby certify that I caused the attached **Plaintiff's Motion For Leave to File Supplemental Declaration in Support of Response to Motion to Dismiss** to be served upon the party shown below by causing a copy of same to be sent via ECF and U.S. Mail on or before 5:00 p.m. on August 25, 2008:

>Cary E. Donham
>Shefsky & Foelich Ltd.
>111 E. Wacker Drive, Suite 2800
>Chicago, Illinois 60601

>/s/ Steven M. Hartmann

1607368v1