# Declaration of Michelle Hoffman

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation,<br><br>Defendant. | ) | Case No. 07 C 6762 |

**DECLARATION OF MICHELLE HOFFMAN**

I, Michelle Hoffman, under penalty of perjury, hereby declare that the following statements are true and correct based on my personal knowledge:

1. I am Vice President, Finance & Strategic Planning of Incentive Logic, Inc. ("Incentive"), plaintiff in the above-captioned case.

2. I am familiar with Incentive's books and records with respect to the legal fees incurred and paid by Incentive with respect to the above-captioned case.

3. Incentive filed its complaint against Flair Communications Agency, Inc. ("Flair") with respect to this matter in the U.S. District Court for the Northern District of Illinois on November 30, 2007.

4. Prior to filing the complaint, during the period November 1, 2007, through and including November 30, 2007, Incentive incurred legal fees with respect to this matter in the amount of $10,583.20 (not including costs or expenses) through Incentive's corporate attorneys, Snell & Wilmer, and Chicago counsel, Freeborn & Peters LLP.

5. Attached hereto is Exhibit A as a true and correct copy of an invoice from Snell & Wilmer with respect to the legal services rendered on behalf of Incentive during the month of November 2007, which included the Flair matter. The entries that relate to the dispute with Flair are highlighted and include a handwritten notation with the word "Flair." Incentive incurred legal fees for services provided by Snell & Wilmer for the Flair matter through November 30, 2007, in the amount of $8,250. The services provided by Snell & Wilmer that relate to unrelated matters are redacted. This invoice has been paid by Incentive.

6. Attached hereto as Exhibit B is a true and correct copy of an invoice from Incentive's Chicago counsel, Freeborn & Peters LLP, with respect to legal services provided to Incentive in the Flair matter through November 30, 2007, in the amount of $2,333.20 (not including costs and expenses). This invoice has been paid by Incentive.

7. The Declaration dated July 18, 2008, which I previously submitted in conjunction with this matter, was erroneous in stating that Incentive had incurred legal fees of only $5,000 through Snell & Wilmer in the Flair matter. In initially reviewing Incentive's books and records, I somehow inadvertently missed Snell & Wilmer's invoices for November and December 2007 services, and therefore the $5,000 figure previously provided only covered the period from January 1, 2008 forward.

Dated: 8/22/08

Michelle Hoffman

1607252v1

# EXHIBIT A

FEDERAL TAX ID NUMBER 86-0089731

Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Orange County
Phoenix
Salt Lake City
Tucson

INCENTIVE LOGIC
ATTN ROGER HACKETT
7835 E. MCCLAIN DR.
SCOTTSDALE, AZ 85260-1732

STATEMENT DATE: 1/7/2008
CLIENT ID: 51906 JSC

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID (ABOVE) AND INCLUDE GREEN REMITTANCE COPY



MATTER: 51906.0001 JSC - CORPORATE NOV 2007 = $8250

ATTORNEY SERVICES RENDERED THROUGH 11/30/07:

| | | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JSC | PHONE CONFERENCE WITH R. HACKETT REGARDING FLAIR AGENCY COLLECTION AND NEW FINANCING ALTERNATIVES | 11/05/07 | 0.60 | 625.0 | 375.00 - FLAIR |
| SAA | [redacted] | | | | |
| JSC | [redacted] | | | | |
| SAA | [redacted] | | | | |
| JSC | PHONE CONFERENCE WITH R. HACKETT REGARDING FLAIR DISPUTE; REVIEW FLAIR CONTRACT; EMAIL TO AND FROM R. HACKETT REGARDING CONTRACT INTERPRETATION; EMAIL P. LEGER REGARDING SAME | 11/12/07 | 2.10 | 625.0 | 1312.50 - FLAIR |
| BLM | [redacted] | | | | |
| JSC | EVALUATE FLAIR CLAIM | 11/13/07 | 1.00 | 625.0 | 625.00 - FLAIR |
| SAA | [redacted] | | | | |
| JSC | EMAILS AND PHONE CONFERENCES WITH R. HACKETT AND P. LEGER REGARDING FLAIR; RESEARCH FLAIR CONTRACT | 11/14/07 | 1.40 | 625.0 | 875.00 - FLAIR |
| SAA | [redacted] | | | | |
| JSC | DRAFT LETTER TO FLAIR; EMAILS R. HACKET REGARDING SAME | 11/15/07 | 1.20 | 625.0 | 750.00 |
| JSC | REVIEW AND REVISE LETTER TO FLAIR; EMAILS R. HACKETT REGARDING SAME | 11/16/07 | 1.80 | 625.0 | 1125.00 |
| JSC | PHONE CONFERENCE WITH FLAIR ATTORNEY AND FORWARD EMAIL TO R. HACKETT | 11/19/07 | 0.60 | 625.0 | 375.00 |
| JSC | PHONE CONFERENCE WITH FLAIR ATTORNEY | 11/27/07 | 1.20 | 625.0 | 750.00 |

} FLAIR



FEDERAL TAX ID NUMBER 86-0089731

Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Orange County
Phoenix
Salt Lake City
Tucson

INCENTIVE LOGIC

STATEMENT DATE: 1/7/2008
CLIENT ID: 51906 JSC

51906.0001 - (Cont.)
Page 2

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID (ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | | | |
|---|---|---|---|---|---|
| | REGARDING CLAIM AND EMAIL R. HACKETT REGARDING SAME; ARRANGE CHICAGO ATTORNEY TO FILE LAWSUIT | | | | |
| JSC | EMAIL CHICAGO ATTORNEYS WITH FLAIR CONTRACT AND BACKGROUND; NOTICE TO CLIENT REGARDING DISCOVERY REQUIREMENTS | 11/28/07 | 1.40 | 625.0 | 875.00 — FLAIR |
| JSC | [redacted] | [redacted] | [redacted] | | [redacted] |
| SAA | [redacted] | [redacted] | [redacted] | | [redacted] |
| JSC | FLAIR - REVIEW COMPLAINT AND EMAIL R. HACKETT REGARDING STATUS; EMAIL CHICAGO ATTORNEYS REGARDING SAME; MISC. REGARDING ORACLE CONTRACT | 11/30/07 | 1.90 | 625.0 | 1187.50 — FLAIR |
| SAA | [redacted] | | | | |

[redacted]

[redacted]

[redacted]

# EXHIBIT B

Freeborn & Peters LLP

December 18, 2007

FEIN #36-3238755

Roger Hackett, CEO
Incentive Logic, Inc.
7835 E. McClain Drive
Scottsdale, AZ 85260

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No. 99922543

Re: Flair Communications Breach of Contract Action
Client Matter ID No. 26147-0001

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH NOVEMBER 30, 2007:

| | |
|---|---|
| FEES FOR THIS STATEMENT | $2,456.00 |
| DISBURSEMENTS | 34.40 |
| TOTAL AMOUNT OF CURRENT STATEMENT | 2,490.40 |
| PROFESSIONAL COURTESY | -$122.80 |
| BALANCE DUE | **$2,367.60** |



***PAYMENT DUE UPON RECEIPT.***
***INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS***



Freeborn & Peters LLP



Statement No: 99922543

For professional services rendered with regard to:

Re: Flair Communications Breach of Contract Action

| | | | |
|---|---|---|---|
| Nov 29, 2007 | SMH | Initial review of file and develop case evaluation; office conference with Neal Levin regarding handling of case; telephone conference with Neal Levin and Jon Cohen; telephone conference with counsel for Flair Communications and follow-up email to counsel and to client regarding the same; prepare draft complaint. | 2.50 |
| Nov 29, 2007 | NHL | Telephone conference with Steven Hartmann and Jon Cohen regarding de-briefing, action plan and strategies. | 0.30 |
| Nov 30, 2007 | TCM | Organize complaint, cover sheet and exhibits in preparation for filing; office conference with Steven Hartmann regarding same; file same on electronic docketing system in federal court. | 1.60 |
| Nov 30, 2007 | SMH | Finalize and file complaint; office conference with Tina Mazzulla regarding same; exchange emails with client regarding same. | 2.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hartmann, Steven M. | 4.50 | 475.00 | $2,137.50 |
| Levin, Neal H. | 0.30 | 475.00 | $142.50 |
| Mazzulla, Tina C | 1.60 | 110.00 | $176.00 |
| TOTAL HOURS | 6.40 | | |
| TOTAL FEES | | | $2,456.00 |

Freeborn & Peters LLP



**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Nov 30, 2007 | FIRM | Photocopying | 34.40 |

**DISBURSEMENT SUMMARY**

| | |
|---|---|
| Photocopying | 34.40 |
| TOTAL DISBURSEMENTS | $34.40 |
| **TOTAL FEES AND DISBURSEMENTS** | **$2,490.40** |

1448036v1