IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INCENTIVE LOGIC, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6762 |
| v. | ) ) ) | Judge Andersen<br>Magistrate Judge Keys |
| FLAIR COMMUNICATIONS AGENCY, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:  Cary E. Donham
    Shefsky & Foelich Ltd.
    111 E. Wacker Drive, Suite 2800
    Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff will appear before the Honorable Judge Wayne R. Andersen, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 1403, at the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and then and there present the **Plaintiff's Motion For Leave to File Supplemental Declaration in Support of Response to Motion to Dismiss,** a copy of which is attached hereto and served upon you.

INCENTIVE LOGIC, INC.

By: /s/ Steven M. Hartmann
      One of Its Attorneys

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677
Tel: 312-360-6000
Fax: 312-360-6573

Counsel for Plaintiff